**Dennis Wayne AILOR, Respondent,**

v.

**STATE ex rel. Karen Sue AILOR, Appellant.**

**No. WD 51318.**

Missouri Court of Appeals,
Western District.

May 21, 1996.

Terrence M. Messonnier, Assistant Prosecuting Attorney, LaFayette County, Lexington, for appellant.

James D. Worthington, Lexington, for respondent.

Before HANNA, P.J., FENNER, C.J., and ELLIS, J.

**ORDER**

PER CURIAM:

Appeal from the denial of a motion for contempt based on alleged willful failure to pay court ordered child support.

Affirmed. **Rule 84.16(b).**

■

**In the Interest of S.P.H., Plaintiff.**

**Joann DOUGHERTY and Timothy F. Dougherty, Respondents,**

v.

**Leo F. HALLORAN and Kathleen L. Halloran, Appellants.**

**No. WD 51302.**

Missouri Court of Appeals,
Western District.

May 21, 1996.

Rodger J. Walsh, Independence, for appellants.

Sharlie Pender, Independence, for respondents.

Before HANNA, P.J., and SMART and ELLIS, JJ.

**ORDER**

PER CURIAM:

Leo F. Halloran and Kathleen L. Halloran, the paternal grandparents of S.P.H., appeal from an order of the Family Court Division of the Jackson County Circuit Court which denied their petition for Guardianship of S.P.H., granted Letters of Guardianship to Joann Dougherty and Timothy Dougherty, and awarded specific visitation to the Hallorans.

Affirmed. Rule 84.16(b).